# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0352
LT Case No. 16-2017-CF-10307

_____

RAHIEN J. DUHART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Kevin Anthony Blazs, Judge.

W. Charles Fletcher, of Law Office of W. Charles Fletcher,
Jacksonville, for Appellant.

Ashley Moody. Attorney General, and Michael Schaub, Assistant
Attorney General, Tallahassee, for Appellee.

July 9, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and JAY and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————